UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICKEY TODD MAJOR,)
)
    Petitioner,)    3:99-cv-00237-LRH-RAM
)
vs.)    ORDER
)
E.K. McDANIEL, *et al.*,)
)
    Respondents.)
/

    Before the Court is petitioner's motion for enlargement of time in which to file a reply to respondents' answer to the remaining claims contained in the petition for writ of habeas corpus (docket #86).  Good cause appearing,

    **IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**.  Petitioner shall have up to and including May 15, 2009, in which to file and serve a reply to respondents' answer.

    DATED this 5th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE