# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKEY TODD MAJOR, | ) | |
| Petitioner, | ) | 3:99-cv-00237-LRH-RAM |
| vs. | ) | ORDER |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

Before the Court is petitioner's second motion for enlargement of time in which to reply to respondents' answer to the remaining claims contained in the petition for writ of habeas corpus (docket #88). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including June 22, 2009, in which to file and serve a reply to respondents' answer.

DATED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE